■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE KING, Appellant.—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on July 15, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Ross, Carro and Asch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v McLEAN MAYERS, Appellant.—Judgment, Supreme Court, New York County (Leon Becker, J.), rendered on November 18, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Milonas, J. P., Kassal, Rosenberger, Wallach and Smith, JJ.

■ CROSSLAND SAVINGS, FSB, Formerly Known as METROPOLITAN SAVINGS BANK, Appellant, v 471 FULTON STREET REALTY CORP., Respondent.—Order, Supreme Court, New York County (Kristin Glen, J.), entered on or about January 22, 1987, unanimously affirmed for the reasons stated by Kristin Glen, J. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Milonas, J. P., Kassal, Rosenberger and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK DUFF, Appellant.—Judgment, Supreme Court, Bronx County (Elbert Hinkson, J.), rendered on July 27, 1987, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Sullivan, Milonas, Rosenberger and Smith, JJ.